AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

United States of America
v.

Jacob Allen Morley

*Defendant(s)*

Case No. 1:26-cr-10081-STA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/25/2026 in the county of Lake in the Western District of District, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

Please also see the attached affidavit of DUSM Seth Preslar.

☑ Continued on the attached sheet.

Seth Preslar SAY

*Complainant's signature*

Seth Preslar, Deputy U.S. Marshal

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/2026

s/Jon A. York

*Judge's signature*

City and state: Jackson, TN

Jon A. York, United States Magistrate Judge

*Printed name and title*

**AFFIDAVIT**

I, Seth Preslar, a Deputy United States Marshal with the United States Marshals Service being duly sworn, state the following:

1. I am a Deputy United States Marshal assigned to the Western District of Tennessee Two Rivers Violent Fugitive Task Force and, as such, I am charged with enforcing all laws in all jurisdictions of the United States, its territories and possessions. My primary duty and assignment obligate me to investigate non-compliant sex offenders, to apprehend state and federal felony fugitives, and help support local missing child investigations. I have been employed as a law enforcement officer since 2015 and a Deputy United States Marshal since 2022.

2. In connection with my official duties as a Deputy United States Marshal, I have been requested to assist with the apprehension of Jacob Allen Morley ("MORLEY").

3. MORLEY was previously convicted in Carter County, Tennessee of First-Degree Murder, Evading Arrest (Risk of Death), Abuse of Corpse, Theft of Property $1,000 - $2,500, Tampering with Evidence, Aggravated Burglary, and Vandalism $1,000 - $2,500. Due to these convictions, MORLEY was sentenced to Life Without Parole in the Tennessee Department of Corrections (TDOC).

4. MORLEY was incarcerated as a TDOC inmate at the Northwest Correctional Complex located at 960 TN-212, Tiptonville, which is in the Western District of Tennessee.

5. On or about October 25th, 2026, MORLEY without authorization escaped from TDOC custody and left the property of the Northwest Correctional Complex

6. On October 26th, 2026, an arrest warrant for Escape, T.C.A. 39-16-605, was issued for MORLEY in the General Sessions Court of Lake County, Tennessee.

6. During the Fugitive Investigation, investigators determined that MORLEY stole a 2008, white in color, Ford F-350 pickup truck bearing Tennessee registration plate "138BBQV" from a property in Lake County, TN.

7. On October 27th, 2026, the stolen Ford F-350 pickup truck was located at 709 N. Russell Street in Marion, Illinois.

8. Your Affiant and other law enforcement investigators working on this investigation believe that MORLEY traveled in interstate commerce from the Western District of Tennessee to Marion, Illinois or elsewhere with intent of avoiding prosecution and apprehension.

9. Therefore, probable cause exists to believe that MORLEY has fled the state of Tennessee, in violation of Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution; that makes it a violation of federal law, in pertinent part, to move or travel in interstate or foreign commerce with intent either to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place which the fugitive flees.

10. Based on the above facts, I respectfully request a Criminal Complaint be authorized and an arrest warrant be issued for Jacob Allen MORLEY for traveling in interstate or foreign commerce with intent to avoid prosecution, in violation of Title 18 United States Code 1073.

Further your Affiant sayeth not.

Seth Preslar, Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to telephonically pursuant to Fed. R. Crim. P. 4.1, on October 27, 2026.

**s/Jon A. York**

Honorable Jon A. York
United States Magistrate Judge