**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-mj-00272-WBG-1 |
| | ) | |
| JACOB A. MORLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now Angie Williams, Assistant Federal Public Defender, and requests the Clerk to enter counsel's appearance in the above captioned cause on behalf of Defendant, Jacob A. Morley as counsel replacing previously assigned.

Respectfully submitted,

s/ Angie Williams
Angie Williams
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
816-471-8282

## CERTIFICATE OF SERVICE

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on November 10, 2026, and that a copy was e-mailed to all parties of record, pursuant to the Electronic Case Filing system.

s/ Angie Williams
Angie Williams